UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
NICHOLAS BERNHARD, RALPH NATALE,　　　　　ECF Filing
KIRK CONAWAY, and ROY KOHN as
TRUSTEES OF HEALTH FUND 917 AND THE　　　　NOTICE OF MOTION
LOCAL 917 PENSION FUND,　　　　　　　　　　　　10-CV-5596 (ADS)(ETB)

　　　　　　　　　　　　　Plaintiffs,
　　　　- against -

CENTRAL PARKING SYSTEM OF NEW YORK, INC.
and JOHN DOE,
　　　　　　　　　　　　　Defendants.
-------------------------------------------------------------------------x

To:　　Douglas Rowe, Esq.
　　　　Certilman, Balin, Adler & Hymen, LLP
　　　　Attorney for Defendant
　　　　90 Merrick Avenue, 9th Floor
　　　　East Meadow, New York 11554

　　　　PLEASE TAKE NOTICE that upon the following documents which are annexed hereto:

- Certification of Susan Bruno, Esq.
- Certification of Joann Emmons
- Exhibit "A": Deposition Transcript
- Plaintiffs' Memorandum of Law

and all of the proceedings heretofore had in the above captioned action, the plaintiffs, by and through their attorneys, Law Offices of Campbell & Associates, P.C., will move this Court, on such date to be set by the Court at 100 Federal Plaza, Central Islip, New York 11722, pursuant to Rule 15 of the Federal Rules of Civil Procedure for permission to amend Plaintiffs' complaint to replace the "John Doe" defendant with Sonya Mitchell, the Payroll Manager for defendant, Central Parking System of New York, Inc.

　　　　PLEASE TAKE FURTHER NOTICE that any papers in opposition to this motion must be served on the undersigned by December 19, 2011.

Date:  Floral Park, New York
       November 29, 2011

                                                    LAW OFFICES OF CAMPBELL
                                                    & ASSOCIATES, P.C.

                                                    By:_____/s/_____
                                                        Susan Bruno (SB 6686)
                                                        Attorneys for Plaintiff
                                                        99 Tulip Avenue, Suite 404
                                                        Floral Park, New York 11001
                                                         (516) 352-0300